David Donahue (*ddonahue@fzlz.com*)
Jason D. Jones (*jjones@fzlz.com*)
Daniel M. Nuzzaci (*dnuzzaci@fzlz.com*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Phone: (212) 813-5900

*Counsel for Plaintiff UMG Recordings, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENDEAL INC. D/B/A REPUBLIC, <br><br> Defendant. | Case No. 1:21-cv-9358-AT |

## NOTICE OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiff UMG Recordings, Inc. ("Plaintiff"), by and through its undersigned counsel, shall move this Court before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, at such time as the Court may hereafter determine, for an order preliminarily enjoining Defendant OpenDeal Inc. d/b/a Republic ("Defendant") from using the trademarks REPUBLIC and/or REPUBLIC MUSIC in connection with music-related goods and services during the pendency of this lawsuit.

PLEASE TAKE FURTHER NOTICE THAT in support of its motion, Plaintiff relies upon the following documents and supporting exhibits, filed contemporaneously herewith:

{F4442929.1 }

(1) Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction; (2) the Declaration of Avery Lipman, dated January 20, 2022; (3) the Declaration of Brent LaBarge, dated January 21, 2022; and (4) the Declaration of Daniel M. Nuzzaci, dated January 21, 2022.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's December 16, 2021 order setting a briefing schedule (ECF No. 18), Defendant's opposition papers are due on or before February 14, 2022, and Plaintiff's reply papers are due on or before February 28, 2022.

| | |
|---|---|
| Dated: New York, New York<br>January 24, 2022 | FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br><br>By: /s/ David Donahue<br>  David Donahue (*ddonahue@fzlz.com*)<br>  Jason D. Jones (*jjones@fzlz.com*)<br>  Daniel M. Nuzzaci (*dnuzzaci@fzlz.com*)<br>151 West 42nd Street, 17th Floor<br>New York, New York  10036<br>Phone: (212) 813-5900<br><br>*Attorneys for Plaintiff UMG Recordings, Inc.* |